IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
          )
v.          )    CASE NO. 2:05-cv-253-MEF
          )
JEREMIAH CULOTTA      )

# O R D E R

After an independent review of the file, it is the

ORDER, JUDGMENT and DECREE of the court that:

(1)    The objection (Doc. #12) filed by the defendant on June 12, 2006 is

OVERRULED;

(2)    The recommendation of the United States Magistrate Judge (Doc. #11)

entered on May 26, 2006 is ADOPTED;

(3)    The 28 U.S.C. § 2255 motion is DENIED as the claims presented therein

entitled the defendant to no relief.

DONE this 16th day of June, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE